Barry O. Bernstein, SBN: 43230
Natalie E. R. Lahiji, SBN: 240298
Law Offices of Barry O. Bernstein, Inc.
3727 W. Magnolia Blvd., # 767
Burbank, California 91505
barry@lawcrime.com
natalie@lawcrime.com
Office:         818-558-1717
Facsimile:    818-526-7672

Attorneys for Defendant,
IGNACIO MAGANA-OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IGNACIO MAGANA-OROZCO,<br><br>Defendant. | Case Number: 08-mj-00001 CMK<br><br>**ORDER** |
|---|---|

Defendant, IGNACIO MAGANA-OROZCO, hereby substitutes the following attorneys from Law Offices of Barry O. Bernstein, Inc,. as counsel for service in this action:

**Barry O. Bernstein, SBN: 43230**

**Natalie E. R. Lahiji, SBN: 240298**

The following attorney is no longer counsel of record in this action:

**Rachel D. Barbour, SBN: 185395**

**"IT IS SO ORDERED"**

Dated: 01/24/08                    /s/ Gregory G. Hollows
                                             U.S. Magistrate Judge