MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-08-0049 LKK |
| Plaintiff, ) | |
| v. ) | ORDER EXCLUDING TIME |
| IGNACIO MAGANA-OROZCO ) | |
| Defendant. ) | |

A status conference in the above captioned matter was held before this Court on March 11, 2008. The government was represented by Assistant U.S. Attorney Heiko P. Coppola. Defendant Magana-Orozco was present and represented by counsel, Natalie Lahiji. At the request of the parties, the status conference was continued to April 29, 2008 at 9:30 a.m. This Court further ordered that time beginning March 11, 2008 and extending through and including April 29, 2008 be excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), and pursuant to the provisions of local code T-4, based upon defense counsel's need to prepare. Furthermore, this Court finds that the ends of justice served in granting the

1  continuance and allowing the defendant further time to prepare
2  outweigh the best interests of the public and the defendant in a
3  speedy trial.  The defendant is aware of this request and agrees
4  it is necessary and appropriate.
5  IT IS SO ORDERED.
6  Date: March 12, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT