1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    CASE NO. 2:08-CR-0049 LKK
                                  )
11                  Plaintiff,    )
                                  )
12      v.                        )    STIPULATION AND
                                  )    ORDER TO EXCLUDE TIME
13 IGNACIO MAGANA-OROZCO          )
                                  )
14                  Defendant.    )
   ─────────────────────────────────)
15

16

17      The parties request that the status conference in this case

18 be continued from April 29, 2008 to August 5, 2008 at 9:30 a.m.

19 for the purposes of a further status conference and a non-

20 evidentiary hearing on the defendant's motion to suppress.

21      The parties have adopted the following proposed briefing

22 schedule after consultation with the Courtroom Deputy.  The

23 defendant's motion to suppress and opening brief will be due on

24 June 9, 2008.  The Government's response will be due on July 14,

25 2008.  The defendant's optional reply brief will be due on July

26 28, 2008.  A non-evidentiary hearing and status conference will

27 take place on August 5, 2008.

28       The parties further stipulate that the time between April

                                1

29, 2008 and June 9, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs sufficient time to research, investigate, prepare and file the defendant's motion to suppress evidence.

The parties further stipulate that the time between June 9, 2008 and August 5, 2008 should be excluded from the calculation of time under the Speedy Trial act pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E, for pending pretrial motions.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: April 28, 2008          By:    /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney

DATE: April 28, 2008                  /s/ Natalie Lahiji[1]
                                     NATALIE LAHIJI
                                     Attorney for Defendant

                              **SO ORDERED.**

DATE: April 28, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Defense counsel authorized AUSA Coppola to electronically sign this stipulation and order for continuance of this matter.

3