MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>IGNACIO MAGANA-OROZCO               )<br>                                    )<br>           Defendant.              )<br>_____) | CASE NO. 2:08-CR-0049 LKK<br><br><br><br>STIPULATION AND<br>ORDER TO AMEND BRIEFING<br>SCHEDULE |

This matter is currently scheduled for non-evidentiary hearing and further status conference as to the defendant's motion to suppress on August 5, 2008 at 9:30 a.m.  Time is currently excluded by this Court's order of April 28, 2008; pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E, for pending pretrial motions.

The defendant's motion to suppress and opening brief was filed in this Court on June 6, 2008.  The Government's response was originally due on July 14, 2008.  On July 10, 2008, counsel for the government telephoned defense counsel and requested a one-week continuance to file the government's response brief.  Defense counsel agreed to allow the government to file its response brief no later than July 21, 2008.  The remaining dates

set forth in this Court's April 28, 2008 order are not effected. The defendant's optional reply brief will be due on July 28, 2008.  A non-evidentiary hearing and status conference will take place on August 5, 2008.  Time continues to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E, for pending pretrial motions.

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: July 15, 2008        By:   /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                              Assistant U.S. Attorney

DATE: July 15, 2008         /s/ Barry O. Berstein[1]
                                              BARRY O. BERSTEIN
                                              Attorney for Defendant

                                              **SO ORDERED.**

DATE: July 11, 2008

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

---

[1] Defense counsel authorized AUSA Coppola to electronically sign this stipulation and order for continuance of this matter.