```
MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IGNACIO MAGANA-OROZCO ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:08-CR-0049 LKK <br><br><br> STIPULATION AND ORDER TO <br> EXCLUDE TIME AND <br> SET EVIDENTIARY HEARING DATE |

The parties request that the status conference and non-evidentiary hearing in this case be continued from August 5, 2008 to October 24, 2008 at 9:30 a.m. for the purposes of a further status conference and an evidentiary hearing on the defendant's motion to suppress evidence. The parties stipulate and agree that an evidentiary hearing is necessary before this Court can rule on the defendant's motion to suppress evidence filed in this Court on June 9, 2009. The government responded to the defendant's motion on July 21, 2008 and the defendant filed his reply on July 28, 2008. The parties have selected October 24, 2008 for an evidentiary hearing after consultation with the Courtroom Deputy.

The parties further stipulate and agree that the time between August 5, 2008 and October 24, 2008 should continue to be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E, for pending pretrial motions.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: August 4, 2008      By:   /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney

DATE: August 4, 2008            /s/ Natalie Lahiji[1]
                                NATALIE LAHIJI
                                Attorney for Defendant

**IT SO ORDERED.**

DATE: August 4, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Defense counsel authorized AUSA Coppola to electronically sign this stipulation and order for continuance of this matter.

2