MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-0049 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | EXCLUDE TIME AND SET |
| IGNACIO MAGANA-OROZCO | ) | EVIDENTIARY HEARING DATE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 4, 2008, this Court signed a stipulation and order excluding time under Local Code E between August 5, 2008 and October 24, 2008 (for pending motions) and setting an evidentiary hearing in the above-entitled matter for October 24, 2008.  Since that time, the undersigned Assistant U.S. Attorney has learned that he has a conflict on the originally agreed upon evidentiary hearing date.  Specifically, the undersigned A.U.S.A. will be on military orders October 21-24, 2008.  After consultation with the defense counsel and the Courtroom Deputy, the next available evidentiary hearing date is November 7, 2008 at 10:00 a.m.

Accordingly, the parties request that the evidentiary

hearing on the defendant's motion to suppress and further status conference in this case be continued from October 24, 2008 to November 7, 2008 at 10:00 a.m.

The parties further stipulate and agree that the time between October 24, 2008 and November 7, 2008 should continue to be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E, for pending pretrial motions.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: August 25, 2008        By:  /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

DATE: August 25, 2008            /s/ Natalie Lahiji[1]
                                          NATALIE LAHIJI
                                          Attorney for Defendant

**IT SO ORDERED.**

DATE: August 25, 2008.

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

---

[1] Defense counsel authorized AUSA Coppola to electronically sign this stipulation and order for continuance of this matter.